# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2025-1895
_____

KIM K. BENNETT,

Appellant,

v.

ENTERPRISE TITLE PARTNERS OF
NEW TAMPA, INC. and TWIN CITY
FIRE INSURANCE COMPANY,

Appellees.

_____


On appeal from the Office of the Judges of Compensation Claims.
Robert A. Arthur, Judge.

Date of Accident: March 11, 2021.

June 16, 2026

PER CURIAM.

AFFIRMED.

ROBERTS, NORDBY, and NEFF, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Michael J. Winer of Winer Law Group, Tampa, for Appellant.

Karen E. Ferguson of Law Offices of Farrah C. Fugett-Mullen, Lake Mary, for Appellees.